## *Receipts from Fraud Scheme/CyberStalking Activity in U.S. v. Austin Genay*
*August 2015 - July 2019*



Total to Genay

$468,418

USA: Exhibit 1