| Method of Payment | Records Source | Date Paid | Amount Genay Received |
|---|---|---|---|
| Google Wallet | Google | 1/2/2017 | 500.00 |
| Google Wallet | Google | 1/2/2017 | 500.00 |
| Google Wallet | Google | 1/4/2017 | 500.00 |
| Google Wallet | Google | 1/6/2017 | 500.00 |
| Google Wallet | Google | 1/6/2017 | 500.00 |
| Google Wallet | Google | 1/7/2017 | 200.00 |
| Google Wallet | Google | 1/7/2017 | 225.00 |
| Google Wallet | Google | 1/9/2017 | 50.00 |
| Google Wallet | Google | 1/9/2017 | 100.00 |
| Google Wallet | Google | 1/9/2017 | 200.00 |
| Google Wallet | Google | 1/9/2017 | 150.00 |
| Western Union | Western Union | 1/9/2017 | 500.00 |
| Google Wallet | Google | 1/10/2017 | 100.00 |
| Google Wallet | Google | 1/11/2017 | 400.00 |
| Google Wallet | Google | 1/11/2017 | 400.00 |
| Google Wallet | Google | 1/12/2017 | 200.00 |
| Google Wallet | Google | 1/13/2017 | 500.00 |
| Western Union | Western Union | 1/13/2017 | 700.00 |
| Western Union | Western Union | 1/17/2017 | 1000.00 |
| Google Wallet | Google | 1/20/2017 | 100.00 |
| Google Wallet | Google | 1/20/2017 | 500.00 |
| Google Wallet | Google | 1/22/2017 | 1,500.00 |
| Google Wallet | Google | 1/23/2017 | 400.00 |
| Google Wallet | Google | 1/23/2017 | 1,100.00 |
| Google Wallet | Google | 1/23/2017 | 1,500.00 |
| Google Wallet | Google | 1/26/2017 | 500.00 |
| Google Wallet | Google | 1/27/2017 | 400.00 |
| Google Wallet | Google | 1/27/2017 | 500.00 |
| Google Wallet | Google | 1/28/2017 | 400.00 |
| Google Wallet | Google | 2/4/2017 | 50.00 |
| Google Wallet | Google | 2/4/2017 | 500.00 |
| Google Wallet | Google | 2/6/2017 | 200.00 |
| Google Wallet | Google | 2/6/2017 | 400.00 |
| Google Wallet | Google | 2/7/2017 | 300.00 |
| Google Wallet | Google | 2/8/2017 | 50.00 |
| Google Wallet | Google | 2/10/2017 | 1,000.00 |
| Google Wallet | Google | 2/10/2017 | 500.00 |
| Google Wallet | Google | 2/10/2017 | 100.00 |
| Google Wallet | Google | 2/10/2017 | 250.00 |
| Google Wallet | Google | 2/13/2017 | 1,000.00 |
| Western Union | Western Union | 2/13/2017 | 1000.00 |
| Google Wallet | Google | 2/14/2017 | 200.00 |
| Google Wallet | Google | 2/14/2017 | 400.00 |
| Google Wallet | Google | 2/14/2017 | 800.00 |
| Western Union | Western Union | 2/14/2017 | 1000.00 |
| Google Wallet | Google | 2/15/2017 | 200.00 |
| Western Union | Western Union | 2/15/2017 | 600.00 |
| Google Wallet | Google | 2/16/2017 | 200.00 |
| Google Wallet | Google | 2/16/2017 | 200.00 |
| Google Wallet | Google | 2/20/2017 | 200.00 |
| Google Wallet | Google | 2/20/2017 | 200.00 |

USA: Exhibit 2

| | | | |
|---|---|---|---|
| Google Wallet | Google | 2/20/2017 | 300.00 |
| Western Union | Western Union | 2/20/2017 | 500.00 |
| Google Wallet | Google | 2/21/2017 | 140.00 |
| Google Wallet | Google | 2/22/2017 | 500.00 |
| Google Wallet | Google | 2/24/2017 | 300.00 |
| Google Wallet | Google | 2/24/2017 | 450.00 |
| Google Wallet | Google | 2/24/2017 | 650.00 |
| Western Union | Western Union | 2/24/2017 | 650.00 |
| Google Wallet | Google | 2/25/2017 | 350.00 |
| Google Wallet | Google | 2/27/2017 | 200.00 |
| Google Wallet | Google | 2/27/2017 | 200.00 |
| Google Wallet | Google | 2/27/2017 | 300.00 |
| Google Wallet | Google | 2/27/2017 | 300.00 |
| Google Wallet | Google | 2/27/2017 | 300.00 |
| Google Wallet | Google | 3/1/2017 | 300.00 |
| Google Wallet | Google | 3/1/2017 | 200.00 |
| Google Wallet | Google | 3/1/2017 | 400.00 |
| Google Wallet | Google | 3/2/2017 | 300.00 |
| Google Wallet | Google | 3/3/2017 | 350.00 |
| Google Wallet | Google | 3/3/2017 | 500.00 |
| Western Union | Western Union | 3/3/2017 | 500.00 |
| Google Wallet | Google | 3/4/2017 | 150.00 |
| Google Wallet | Google | 3/7/2017 | 100.00 |
| Google Wallet | Google | 3/10/2017 | 500.00 |
| Google Wallet | Google | 3/10/2017 | 500.00 |
| Google Wallet | Google | 3/11/2017 | 200.00 |
| Google Wallet | Google | 3/11/2017 | 300.00 |
| Google Wallet | Google | 3/13/2017 | 500.00 |
| Google Wallet | Google | 3/13/2017 | 1,000.00 |
| Google Wallet | Google | 3/14/2017 | 500.00 |
| Google Wallet | Google | 3/14/2017 | 1,000.00 |
| Google Wallet | Google | 3/15/2017 | 1,000.00 |
| Google Wallet | Google | 3/15/2017 | 500.00 |
| Google Wallet | Google | 3/17/2017 | 400.00 |
| Google Wallet | Google | 3/20/2017 | 500.00 |
| Google Wallet | Google | 3/20/2017 | 500.00 |
| Google Wallet | Google | 3/20/2017 | 500.00 |
| Google Wallet | Google | 3/20/2017 | 1,000.00 |
| Google Wallet | Google | 3/20/2017 | 500.00 |
| Google Wallet | Google | 3/20/2017 | 1,000.00 |
| Google Wallet | Google | 3/21/2017 | 200.00 |
| Google Wallet | Google | 3/21/2017 | 300.00 |
| Google Wallet | Google | 3/21/2017 | 500.00 |
| Google Wallet | Google | 3/21/2017 | 500.00 |
| Google Wallet | Google | 3/22/2017 | 400.00 |
| Google Wallet | Google | 3/22/2017 | 400.00 |
| Google Wallet | Google | 3/23/2017 | 200.00 |
| Google Wallet | Google | 3/23/2017 | 200.00 |
| Google Wallet | Google | 3/23/2017 | 200.00 |
| Google Wallet | Google | 3/23/2017 | 200.00 |
| Google Wallet | Google | 3/24/2017 | 200.00 |
| Google Wallet | Google | 3/27/2017 | 350.00 |

| | | | |
|---|---|---|---:|
| Google Wallet | Google | 3/29/2017 | 500.00 |
| Google Wallet | Google | 3/29/2017 | 500.00 |
| Google Wallet | Google | 3/29/2017 | 500.00 |
| Google Wallet | Google | 4/1/2017 | 400.00 |
| Google Wallet | Google | 4/1/2017 | 400.00 |
| Google Wallet | Google | 4/3/2017 | 150.00 |
| Google Wallet | Google | 4/3/2017 | 150.00 |
| Google Wallet | Google | 4/7/2017 | 250.00 |
| Google Wallet | Google | 4/7/2017 | 100.00 |
| Google Wallet | Google | 4/10/2017 | 750.00 |
| Google Wallet | Google | 4/10/2017 | 750.00 |
| Google Wallet | Google | 4/11/2017 | 750.00 |
| Google Wallet | Google | 4/11/2017 | 750.00 |
| Google Wallet | Google | 4/12/2017 | 50.00 |
| Google Wallet | Google | 4/12/2017 | 700.00 |
| Google Wallet | Google | 4/12/2017 | 750.00 |
| Western Union | Western Union | 4/12/2017 | 900.00 |
| Google Wallet | Google | 4/13/2017 | 200.00 |
| Google Wallet | Google | 4/13/2017 | 400.00 |
| Google Wallet | Google | 4/14/2017 | 200.00 |
| Google Wallet | Google | 4/14/2017 | 200.00 |
| Google Wallet | Google | 4/14/2017 | 200.00 |
| Google Wallet | Google | 4/15/2017 | 200.00 |
| Google Wallet | Google | 4/17/2017 | 100.00 |
| Google Wallet | Google | 4/17/2017 | 100.00 |
| Google Wallet | Google | 4/19/2017 | 500.00 |
| Western Union | Western Union | 4/22/2017 | 1000.00 |
| Google Wallet | Google | 4/24/2017 | 1,000.00 |
| Google Wallet | Google | 4/25/2017 | 300.00 |
| Google Wallet | Google | 4/25/2017 | 1,000.00 |
| Google Wallet | Google | 4/26/2017 | 200.00 |
| Google Wallet | Google | 4/29/2017 | 500.00 |
| Google Wallet | Google | 4/29/2017 | 500.00 |
| Google Wallet | Google | 5/2/2017 | 1,000.00 |
| Google Wallet | Google | 5/5/2017 | 1,000.00 |
| Western Union | Western Union | 5/7/2017 | 1000.00 |
| Google Wallet | Google | 5/9/2017 | 500.00 |
| Google Wallet | Google | 5/10/2017 | 500.00 |
| Google Wallet | Google | 5/10/2017 | 1,000.00 |
| Google Wallet | Google | 5/11/2017 | 1,000.00 |
| Google Wallet | Google | 5/11/2017 | 500.00 |
| Google Wallet | Google | 5/12/2017 | 1,000.00 |
| Google Wallet | Google | 5/12/2017 | 500.00 |
| Western Union | Western Union | 5/12/2017 | 500.00 |
| Google Wallet | Google | 5/13/2017 | 500.00 |
| Google Wallet | Google | 5/15/2017 | 500.00 |
| Google Wallet | Google | 5/15/2017 | 500.00 |
| Google Wallet | Google | 5/16/2017 | 500.00 |
| Google Wallet | Google | 5/16/2017 | 500.00 |
| Google Wallet | Google | 5/17/2017 | 500.00 |
| Google Wallet | Google | 5/17/2017 | 1,000.00 |
| Google Wallet | Google | 5/19/2017 | 500.00 |

| | | | |
|---|---|---|---|
| Google Wallet | Google | 5/20/2017 | 200.00 |
| Google Wallet | Google | 5/21/2017 | 200.00 |
| Google Wallet | Google | 5/24/2017 | 500.00 |
| Google Wallet | Google | 5/24/2017 | 1,000.00 |
| Google Wallet | Google | 5/24/2017 | 200.00 |
| Google Wallet | Google | 5/26/2017 | 1,000.00 |
| Google Wallet | Google | 5/26/2017 | 500.00 |
| Western Union | Western Union | 5/26/2017 | 1500.00 |
| Google Wallet | Google | 5/30/2017 | 400.00 |
| Western Union | Western Union | 5/30/2017 | 400.00 |
| Google Wallet | Google | 6/2/2017 | 500.00 |
| Google Wallet | Google | 6/2/2017 | 1,000.00 |
| Google Wallet | Google | 6/2/2017 | 100.00 |
| Google Wallet | Google | 6/5/2017 | 1,000.00 |
| Google Wallet | Google | 6/5/2017 | 500.00 |
| Western Union | Western Union | 6/5/2017 | 1500.00 |
| Google Wallet | Google | 6/9/2017 | 1,000.00 |
| Google Wallet | Google | 6/9/2017 | 500.00 |
| Google Wallet | Google | 6/10/2017 | 1,000.00 |
| Google Wallet | Google | 6/10/2017 | 500.00 |
| Western Union | Western Union | 6/11/2017 | 1000.00 |
| Western Union | Western Union | 6/11/2017 | 1000.00 |
| Google Wallet | Google | 6/12/2017 | 300.00 |
| Google Wallet | Google | 6/13/2017 | 1,000.00 |
| Google Wallet | Google | 6/16/2017 | 1,000.00 |
| Google Wallet | Google | 6/16/2017 | 500.00 |
| Western Union | Western Union | 6/16/2017 | 900.00 |
| Google Wallet | Google | 6/17/2017 | 400.00 |
| Google Wallet | Google | 6/17/2017 | 100.00 |
| Google Wallet | Google | 6/17/2017 | 1,000.00 |
| Google Wallet | Google | 6/23/2017 | 1,000.00 |
| Western Union | Western Union | 6/23/2017 | 750.00 |
| Western Union | Western Union | 6/23/2017 | 750.00 |
| Google Wallet | Google | 6/24/2017 | 500.00 |
| Google Wallet | Google | 6/29/2017 | 750.00 |
| Google Wallet | Google | 6/30/2017 | 750.00 |
| Google Wallet | Google | 7/3/2017 | 1,000.00 |
| Western Union | Western Union | 7/4/2017 | 300.00 |
| Google Wallet | Google | 7/5/2017 | 1,000.00 |
| Google Wallet | Google | 7/6/2017 | 1,000.00 |
| Google Wallet | Google | 7/7/2017 | 1,000.00 |
| Google Wallet | Google | 7/8/2017 | 500.00 |
| Google Wallet | Google | 7/8/2017 | 1,000.00 |
| Western Union | Western Union | 7/8/2017 | 1000.00 |
| Google Wallet | Google | 7/11/2017 | 750.00 |
| Google Wallet | Google | 7/11/2017 | 750.00 |
| Western Union | Western Union | 7/11/2017 | 750.00 |
| Western Union | Western Union | 7/11/2017 | 750.00 |
| Google Wallet | Google | 7/13/2017 | 500.00 |
| Google Wallet | Google | 7/13/2017 | 500.00 |
| Google Wallet | Google | 7/13/2017 | 300.00 |
| Google Wallet | Google | 7/25/2017 | 500.00 |

| | | | |
|---|---|---|---:|
| Google Wallet | Google | 7/25/2017 | 500.00 |
| Google Wallet | Google | 7/26/2017 | 500.00 |
| Google Wallet | Google | 7/31/2017 | 500.00 |
| Google Wallet | Google | 8/2/2017 | 100.00 |
| Google Wallet | Google | 8/2/2017 | 500.00 |
| Google Wallet | Google | 8/3/2017 | 500.00 |
| Google Wallet | Google | 8/7/2017 | 1,000.00 |
| Google Wallet | Google | 8/9/2017 | 500.00 |
| Google Wallet | Google | 8/10/2017 | 100.00 |
| Google Wallet | Google | 8/10/2017 | 500.00 |
| Google Wallet | Google | 8/14/2017 | 500.00 |
| Google Wallet | Google | 8/15/2017 | 100.00 |
| Google Wallet | Google | 8/15/2017 | 500.00 |
| Google Wallet | Google | 8/17/2017 | 500.00 |
| Google Wallet | Google | 8/18/2017 | 500.00 |
| Western Union | Western Union | 8/19/2017 | 200.00 |
| Google Wallet | Google | 8/21/2017 | 1,000.00 |
| Google Wallet | Google | 8/23/2017 | 1,000.00 |
| Google Wallet | Google | 8/24/2017 | 1,000.00 |
| Western Union | Western Union | 8/26/2017 | 500.00 |
| Western Union | Western Union | 8/27/2017 | 500.00 |
| Google Wallet | Google | 8/28/2017 | 500.00 |
| Google Wallet | Google | 8/28/2017 | 1,000.00 |
| Google Wallet | Google | 8/30/2017 | 1,000.00 |
| Google Wallet | Google | 8/30/2017 | 500.00 |
| Western Union | Western Union | 9/1/2017 | 600.00 |
| Western Union | Western Union | 9/1/2017 | 900.00 |
| Google Wallet | Google | 9/5/2017 | 1,000.00 |
| Google Wallet | Google | 9/5/2017 | 500.00 |
| Google Wallet | Google | 9/5/2017 | 25.00 |
| Google Wallet | Google | 9/8/2017 | 1,000.00 |
| Google Wallet | Google | 9/8/2017 | 500.00 |
| Google Wallet | Google | 9/11/2017 | 1,000.00 |
| Google Wallet | Google | 9/11/2017 | 500.00 |
| Google Wallet | Google | 9/13/2017 | 1,000.00 |
| Google Wallet | Google | 9/13/2017 | 500.00 |
| Google Wallet | Google | 9/15/2017 | 1,000.00 |
| Google Wallet | Google | 9/15/2017 | 500.00 |
| Western Union | Western Union | 9/15/2017 | 600.00 |
| Western Union | Western Union | 9/15/2017 | 900.00 |
| Western Union | Western Union | 9/15/2017 | 600.00 |
| Western Union | Western Union | 9/16/2017 | 900.00 |
| Google Wallet | Google | 9/19/2017 | 1,100.00 |
| Western Union | Western Union | 9/19/2017 | 250.00 |
| Western Union | Western Union | 9/19/2017 | 400.00 |
| Western Union | Western Union | 9/19/2017 | 700.00 |
| Western Union | Western Union | 9/19/2017 | 900.00 |
| Google Wallet | Google | 9/21/2017 | 200.00 |
| Google Wallet | Google | 9/21/2017 | 250.00 |
| Google Wallet | Google | 9/21/2017 | 250.00 |
| Google Wallet | Google | 10/2/2017 | 500.00 |
| Google Wallet | Google | 10/2/2017 | 1,000.00 |

| | | | |
|---|---|---|---:|
| Western Union | Western Union | 10/2/2017 | 700.00 |
| Western Union | Western Union | 10/2/2017 | 800.00 |
| Google Wallet | Google | 10/3/2017 | 300.00 |
| Google Wallet | Google | 10/3/2017 | 500.00 |
| Google Wallet | Google | 10/5/2017 | 200.00 |
| Google Wallet | Google | 10/5/2017 | 200.00 |
| Google Wallet | Google | 10/11/2017 | 1,500.00 |
| Western Union | Western Union | 10/11/2017 | 600.00 |
| Western Union | Western Union | 10/11/2017 | 900.00 |
| Western Union | Western Union | 10/11/2017 | 500.00 |
| Western Union | Western Union | 10/12/2017 | 600.00 |
| Western Union | Western Union | 10/12/2017 | 600.00 |
| Google Wallet | Google | 10/13/2017 | 100.00 |
| Google Wallet | Google | 10/13/2017 | 500.00 |
| Google Wallet | Google | 10/13/2017 | 500.00 |
| Google Wallet | Google | 10/16/2017 | 320.00 |
| Western Union | Western Union | 10/16/2017 | 1000.00 |
| Google Wallet | Google | 10/23/2017 | 500.00 |
| Google Wallet | Google | 10/23/2017 | 500.00 |
| Google Wallet | Google | 10/23/2017 | 500.00 |
| Western Union | Western Union | 10/23/2017 | 500.00 |
| Western Union | Western Union | 10/23/2017 | 500.00 |
| Western Union | Western Union | 10/23/2017 | 600.00 |
| Western Union | Western Union | 10/23/2017 | 900.00 |
| Google Wallet | Google | 10/24/2017 | 500.00 |
| Google Wallet | Google | 10/24/2017 | 1,000.00 |
| Western Union | Western Union | 10/24/2017 | 600.00 |
| Western Union | Western Union | 10/24/2017 | 400.00 |
| Google Wallet | Google | 10/25/2017 | 500.00 |
| Western Union | Western Union | 10/25/2017 | 500.00 |
| Western Union | Western Union | 10/28/2017 | 500.00 |
| Western Union | Western Union | 10/29/2017 | 500.00 |
| Google Wallet | Google | 10/30/2017 | 1,000.00 |
| Google Wallet | Google | 10/30/2017 | 500.00 |
| Western Union | Western Union | 10/30/2017 | 500.00 |
| Google Wallet | Google | 11/1/2017 | 500.00 |
| Western Union | Western Union | 11/1/2017 | 500.00 |
| Google Wallet | Google | 11/2/2017 | 1,000.00 |
| Google Wallet | Google | 11/3/2017 | 500.00 |
| Google Wallet | Google | 11/3/2017 | 1,000.00 |
| Google Wallet | Google | 11/4/2017 | 200.00 |
| Western Union | Western Union | 11/4/2017 | 800.00 |
| Google Wallet | Google | 11/5/2017 | 200.00 |
| Google Wallet | Google | 11/9/2017 | 750.00 |
| Google Wallet | Google | 11/9/2017 | 750.00 |
| Western Union | Western Union | 11/9/2017 | 750.00 |
| Western Union | Western Union | 11/10/2017 | 600.00 |
| Western Union | Western Union | 11/10/2017 | 900.00 |
| Western Union | Western Union | 11/11/2017 | 900.00 |
| Western Union | Western Union | 11/11/2017 | 600.00 |
| Western Union | Western Union | 11/11/2017 | 900.00 |
| Google Wallet | Google | 11/15/2017 | 750.00 |

| | | | |
|---|---|---|---|
| Google Wallet | Google | 11/15/2017 | 750.00 |
| Google Wallet | Google | 11/16/2017 | 500.00 |
| Google Wallet | Google | 11/16/2017 | 500.00 |
| Western Union | Western Union | 11/16/2017 | 500.00 |
| Google Wallet | Google | 11/17/2017 | 500.00 |
| Google Wallet | Google | 11/17/2017 | 500.00 |
| Google Wallet | Google | 11/17/2017 | 500.00 |
| Western Union | Western Union | 11/17/2017 | 500.00 |
| Google Wallet | Google | 11/18/2017 | 500.00 |
| Google Wallet | Google | 11/18/2017 | 500.00 |
| Western Union | Western Union | 11/18/2017 | 500.00 |
| Western Union | Western Union | 11/19/2017 | 500.00 |
| Google Wallet | Google | 11/22/2017 | 200.00 |
| Google Wallet | Google | 11/22/2017 | 500.00 |
| Google Wallet | Google | 11/22/2017 | 500.00 |
| Western Union | Western Union | 11/22/2017 | 500.00 |
| Western Union | Western Union | 11/26/2017 | 500.00 |
| Google Wallet | Google | 11/27/2017 | 250.00 |
| Google Wallet | Google | 11/27/2017 | 250.00 |
| Google Wallet | Google | 11/27/2017 | 500.00 |
| Google Wallet | Google | 11/27/2017 | 500.00 |
| Western Union | Western Union | 11/27/2017 | 500.00 |
| Google Wallet | Google | 12/1/2017 | 500.00 |
| Google Wallet | Google | 12/1/2017 | 500.00 |
| Google Wallet | Google | 12/1/2017 | 500.00 |
| Western Union | Western Union | 12/2/2017 | 500.00 |
| Google Wallet | Google | 12/5/2017 | 700.00 |
| Western Union | Western Union | 12/5/2017 | 300.00 |
| Western Union | Western Union | 12/5/2017 | 700.00 |
| Google Wallet | Google | 12/6/2017 | 700.00 |
| Google Wallet | Google | 12/6/2017 | 700.00 |
| Google Wallet | Google | 12/8/2017 | 500.00 |
| Google Wallet | Google | 12/8/2017 | 500.00 |
| Google Wallet | Google | 12/8/2017 | 500.00 |
| Western Union | Western Union | 12/8/2017 | 500.00 |
| Western Union | Western Union | 12/9/2017 | 400.00 |
| Google Wallet | Google | 12/11/2017 | 500.00 |
| Google Wallet | Google | 12/11/2017 | 500.00 |
| Google Wallet | Google | 12/11/2017 | 500.00 |
| Western Union | Western Union | 12/11/2017 | 500.00 |
| Google Wallet | Google | 12/12/2017 | 500.00 |
| Google Wallet | Google | 12/12/2017 | 500.00 |
| Google Wallet | Google | 12/13/2017 | 200.00 |
| Google Wallet | Google | 12/13/2017 | 200.00 |
| Google Wallet | Google | 12/13/2017 | 100.00 |
| Google Wallet | Google | 12/15/2017 | 300.00 |
| Google Wallet | Google | 12/15/2017 | 500.00 |
| Western Union | Western Union | 12/15/2017 | 300.00 |
| Western Union | Western Union | 12/17/2017 | 300.00 |
| Google Wallet | Google | 12/18/2017 | 200.00 |
| Square Cash | Tackett Bank Records | 12/19/2017 | 300.00 |
| Square Cash | Tackett Bank Records | 12/26/2017 | 400.00 |

| | | | | |
|---|---|---|---|---|
| Square Cash | Tackett Bank Records | 12/26/2017 | 100.00 | |
| Square Cash | Tackett Bank Records | 12/26/2017 | 300.00 | |
| Square Cash | Tackett Bank Records | 12/26/2017 | 200.00 | |
| | | | **198,060.00** | **2017 Total** |
| Square Cash | Tackett Bank Records | 1/2/2018 | 1000.00 | |
| Western Union | Western Union | 1/4/2018 | 600.00 | |
| Square Cash | Tackett Bank Records | 1/4/2018 | 1000.00 | |
| Western Union | Western Union | 1/6/2018 | 400.00 | |
| Square Cash | Tackett Bank Records | 1/9/2018 | 600.00 | |
| Google Wallet | Google | 1/10/2018 | 400.00 | |
| Square Cash | Tackett Bank Records | 1/11/2018 | 400.00 | |
| Google Wallet | Google | 1/12/2018 | 400.00 | |
| Western Union | Western Union | 1/15/2018 | 500.00 | |
| Square Cash | Tackett Bank Records | 1/16/2018 | 200.00 | |
| Square Cash | Tackett Bank Records | 1/16/2018 | 200.00 | |
| Western Union | Western Union | 1/19/2018 | 800.00 | |
| Western Union | Western Union | 1/19/2018 | 700.00 | |
| Square Cash | Tackett Bank Records | 1/19/2018 | 500.00 | |
| Square Cash | Tackett Bank Records | 1/19/2018 | 1000.00 | |
| Western Union | Western Union | 1/20/2018 | 500.00 | |
| Western Union | Western Union | 1/21/2018 | 700.00 | |
| Western Union | Western Union | 1/21/2018 | 800.00 | |
| Google Wallet | Google | 1/22/2018 | 1,500.00 | |
| Square Cash | Tackett Bank Records | 1/22/2018 | 1000.00 | |
| Google Wallet | Google | 1/23/2018 | 500.00 | |
| Google Wallet | Google | 1/23/2018 | 1,000.00 | |
| Western Union | Western Union | 1/24/2018 | 500.00 | |
| Western Union | Western Union | 1/26/2018 | 500.00 | |
| Western Union | Western Union | 1/27/2018 | 400.00 | |
| Western Union | Western Union | 1/27/2018 | 600.00 | |
| Square Cash | Tackett Bank Records | 1/29/2018 | 500.00 | |
| Western Union | Western Union | 1/30/2018 | 600.00 | |
| Square Cash | Tackett Bank Records | 1/30/2018 | 600.00 | |
| Square Cash | Tackett Bank Records | 1/30/2018 | 600.00 | |
| Western Union | Western Union | 2/1/2018 | 500.00 | |
| Western Union | Western Union | 2/2/2018 | 500.00 | |
| Square Cash | Tackett Bank Records | 2/5/2018 | 500.00 | |
| Square Cash | Tackett Bank Records | 2/5/2018 | 100.00 | |
| Square Cash | Tackett Bank Records | 2/5/2018 | 500.00 | |
| Western Union | Western Union | 2/10/2018 | 400.00 | |
| Western Union | Western Union | 2/11/2018 | 600.00 | |
| Western Union | Western Union | 2/12/2018 | 500.00 | |
| Western Union | Western Union | 2/12/2018 | 400.00 | |
| Square Cash | Tackett Bank Records | 2/12/2018 | 1000.00 | |
| Western Union | Western Union | 2/13/2018 | 500.00 | |
| Western Union | Western Union | 2/13/2018 | 500.00 | |
| Western Union | Western Union | 2/14/2018 | 500.00 | |
| Square Cash | Tackett Bank Records | 2/14/2018 | 500.00 | |
| Western Union | Western Union | 2/15/2018 | 500.00 | |
| Western Union | Western Union | 2/16/2018 | 500.00 | |

| | | | |
|---|---|---|---|
| Western Union | Western Union | 2/16/2018 | 500.00 |
| Western Union | Western Union | 2/17/2018 | 500.00 |
| Western Union | Western Union | 2/18/2018 | 500.00 |
| Western Union | Western Union | 2/19/2018 | 500.00 |
| Western Union | Western Union | 2/19/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 2/20/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 2/20/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 2/20/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 2/20/2018 | 100.00 |
| Western Union | Western Union | 2/24/2018 | 500.00 |
| Western Union | Western Union | 2/25/2018 | 500.00 |
| Western Union | Western Union | 2/26/2018 | 500.00 |
| Western Union | Western Union | 2/27/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 2/27/2018 | 500.00 |
| Western Union | Western Union | 2/28/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 2/28/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 2/28/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 3/1/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 3/1/2018 | 500.00 |
| Western Union | Western Union | 3/3/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 3/5/2018 | 500.00 |
| Western Union | Western Union | 3/12/2018 | 800.00 |
| Western Union | Western Union | 3/12/2018 | 700.00 |
| Western Union | Western Union | 3/13/2018 | 500.00 |
| Western Union | Western Union | 3/13/2018 | 800.00 |
| Western Union | Western Union | 3/15/2018 | 500.00 |
| Western Union | Western Union | 3/15/2018 | 500.00 |
| Western Union | Western Union | 3/22/2018 | 500.00 |
| Western Union | Western Union | 3/23/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 3/23/2018 | 500.00 |
| Western Union | Western Union | 3/27/2018 | 500.00 |
| Western Union | Western Union | 3/28/2018 | 500.00 |
| Western Union | Western Union | 3/29/2018 | 500.00 |
| Western Union | Western Union | 3/29/2018 | 500.00 |
| Western Union | Western Union | 3/30/2018 | 500.00 |
| Western Union | Western Union | 3/31/2018 | 500.00 |
| Western Union | Western Union | 3/31/2018 | 500.00 |
| Western Union | Western Union | 4/1/2018 | 500.00 |
| Western Union | Western Union | 4/2/2018 | 500.00 |
| Western Union | Western Union | 4/3/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/3/2018 | 500.00 |
| Western Union | Western Union | 4/5/2018 | 700.00 |
| Western Union | Western Union | 4/5/2018 | 700.00 |
| Square Cash | Tackett Bank Records | 4/13/2018 | 800.00 |
| Square Cash | Tackett Bank Records | 4/16/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 4/16/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 4/17/2018 | 700.00 |
| Square Cash | Tackett Bank Records | 4/18/2018 | 750.00 |
| Square Cash | Tackett Bank Records | 4/18/2018 | 750.00 |
| Square Cash | Tackett Bank Records | 4/19/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/20/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/23/2018 | 500.00 |

| | | | |
|---|---|---|---:|
| Square Cash | Tackett Bank Records | 4/23/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/23/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/24/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 4/24/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/24/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/27/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 4/27/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 4/27/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 4/30/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 4/30/2018 | 200.00 |
| Western Union | Western Union | 5/1/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/7/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 5/7/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 5/8/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/9/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/9/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 5/9/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 5/16/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/18/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/18/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/21/2018 | 400.00 |
| Square Cash | Tackett Bank Records | 5/22/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 5/22/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 5/29/2018 | 600.00 |
| Square Cash | Tackett Bank Records | 5/29/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 5/29/2018 | 600.00 |
| Square Cash | Tackett Bank Records | 5/29/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 5/30/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/30/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 5/30/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 5/31/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 5/31/2018 | 175.00 |
| Square Cash | Tackett Bank Records | 5/31/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 6/4/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 6/4/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 6/4/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 6/5/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/5/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/5/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 6/6/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 6/6/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 6/6/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 6/11/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/12/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/14/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 6/14/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/15/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/15/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 6/18/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 6/18/2018 | 1025.00 |
| Square Cash | Tackett Bank Records | 6/18/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/19/2018 | 400.00 |

| Square Cash | Tackett Bank Records | 6/19/2018 | 1000.00 |
|---|---|---|---|
| Square Cash | Tackett Bank Records | 6/20/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/21/2018 | 205.00 |
| Square Cash | Tackett Bank Records | 6/21/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 6/21/2018 | 510.00 |
| Square Cash | Tackett Bank Records | 6/25/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 6/25/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 6/25/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 6/25/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 6/25/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 6/26/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 6/26/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 6/26/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 6/27/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 6/27/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 6/27/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 6/28/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 6/28/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 6/28/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 7/2/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 7/2/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/2/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 7/2/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/2/2018 | 400.00 |
| Square Cash | Tackett Bank Records | 7/5/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/6/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/6/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/6/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 7/9/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 7/9/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 7/9/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 7/9/2018 | 300.00 |
| Square Cash | Tackett Bank Records | 7/12/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/13/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 7/13/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 7/13/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 7/16/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 7/16/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 7/16/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 7/25/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/25/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/25/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/26/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/27/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 7/27/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 7/27/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/30/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 7/30/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 8/1/2018 | 145.00 |
| Square Cash | Tackett Bank Records | 8/1/2018 | 140.00 |
| Square Cash | Tackett Bank Records | 8/1/2018 | 467.00 |
| Square Cash | Tackett Bank Records | 8/2/2018 | 150.00 |

| | | | |
|---|---|---|---|
| Square Cash | Tackett Bank Records | 8/2/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 8/2/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/3/2018 | 101.00 |
| Square Cash | Tackett Bank Records | 8/3/2018 | 100.00 |
| Square Cash | Tackett Bank Records | 8/3/2018 | 155.00 |
| Square Cash | Tackett Bank Records | 8/8/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/8/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 8/8/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/9/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 8/10/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/10/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/10/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 201.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 8/13/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 8/14/2018 | 80.00 |
| Square Cash | Tackett Bank Records | 8/14/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 8/14/2018 | 50.00 |
| Square Cash | Tackett Bank Records | 8/16/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 8/17/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 8/20/2018 | 76.00 |
| Square Cash | Tackett Bank Records | 8/20/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 8/20/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 8/20/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 8/22/2018 | 400.00 |
| Square Cash | Tackett Bank Records | 8/22/2018 | 150.00 |
| Square Cash | Tackett Bank Records | 8/23/2018 | 75.00 |
| Square Cash | Tackett Bank Records | 8/23/2018 | 250.00 |
| Square Cash | Tackett Bank Records | 8/27/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 8/28/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 8/28/2018 | 200.00 |
| Square Cash | Tackett Bank Records | 9/4/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 9/10/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 9/13/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 9/18/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 9/20/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 9/21/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 9/24/2018 | 1001.00 |
| Square Cash | Tackett Bank Records | 9/27/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 10/1/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 10/10/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 10/11/2018 | 501.00 |
| Square Cash | Tackett Bank Records | 10/15/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 10/15/2018 | 1000.00 |
| Square Cash | Tackett Bank Records | 10/18/2018 | 500.00 |
| Square Cash | Tackett Bank Records | 10/19/2018 | 501.00 |
| Square Cash | Tackett Bank Records | 10/22/2018 | 499.00 |

| | | | | | |
|---|---|---|---|---|---|
| Square Cash | Tackett Bank Records | 10/22/2018 | 1000.00 | | |
| Square Cash | Tackett Bank Records | 10/26/2018 | 1000.00 | | |
| Square Cash | Tackett Bank Records | 10/29/2018 | 976.00 | | |
| Square Cash | Tackett Bank Records | 10/29/2018 | 450.00 | | |
| Square Cash | Tackett Bank Records | 10/29/2018 | 400.00 | | |
| Square Cash | Tackett Bank Records | 10/29/2018 | 450.00 | | |
| Square Cash | Tackett Bank Records | 10/30/2018 | 151.00 | | |
| Square Cash | Tackett Bank Records | 10/30/2018 | 150.00 | | |
| Square Cash | Tackett Bank Records | 10/30/2018 | 400.00 | | |
| Square Cash | Tackett Bank Records | 10/30/2018 | 300.00 | | |
| Square Cash | Tackett Bank Records | 10/31/2018 | 155.00 | | |
| Square Cash | Tackett Bank Records | 10/31/2018 | 160.00 | | |
| Square Cash | Tackett Bank Records | 10/31/2018 | 150.00 | | |
| Square Cash | Tackett Bank Records | 10/31/2018 | 300.00 | | |
| Square Cash | Tackett Bank Records | 11/1/2018 | 150.00 | | |
| Square Cash | Tackett Bank Records | 11/2/2018 | 150.00 | | |
| Square Cash | Tackett Bank Records | 11/2/2018 | 100.00 | | |
| Square Cash | Tackett Bank Records | 11/2/2018 | 152.00 | | |
| Square Cash | Tackett Bank Records | 11/7/2018 | 500.00 | | |
| Square Cash | Tackett Bank Records | 11/8/2018 | 475.00 | | |
| Square Cash | Tackett Bank Records | 11/8/2018 | 501.00 | | |
| Square Cash | Tackett Bank Records | 11/8/2018 | 500.00 | | |
| Square Cash | Tackett Bank Records | 11/19/2018 | 500.00 | | |
| Square Cash | Tackett Bank Records | 11/19/2018 | 1500.00 | | |
| Square Cash | Tackett Bank Records | 11/19/2018 | 75.00 | | |
| Square Cash | Tackett Bank Records | 11/19/2018 | 500.00 | | |
| Square Cash | Tackett Bank Records | 11/19/2018 | 200.00 | | |
| Square Cash | Tackett Bank Records | 11/23/2018 | 50.00 | | |
| Square Cash | Tackett Bank Records | 11/23/2018 | 50.00 | | |
| Square Cash | Tackett Bank Records | 11/23/2018 | 200.00 | | |
| Square Cash | Tackett Bank Records | 11/26/2018 | 50.00 | | |
| Square Cash | Tackett Bank Records | 11/26/2018 | 200.00 | | |
| Square Cash | Tackett Bank Records | 11/26/2018 | 50.00 | | |
| Square Cash | Tackett Bank Records | 11/26/2018 | 100.00 | | |
| | | | 117977.00 | **2018 Total** | **117,977.00** |
| Square Cash | Tackett Bank Records | 1/2/2019 | 50.00 | | |
| Square Cash | Tackett Bank Records | 1/16/2019 | 505.00 | | |
| Square Cash | Tackett Bank Records | 1/22/2019 | 505.00 | | |
| Square Cash | Tackett Bank Records | 1/23/2019 | 505.00 | | |
| Square Cash | Tackett Bank Records | 1/28/2019 | 505.00 | | |
| Square Cash | Tackett Bank Records | 1/28/2019 | 105.00 | | |
| Square Cash | Tackett Bank Records | 1/31/2019 | 805.00 | | |
| Square Cash | Tackett Bank Records | 2/4/2019 | 705.00 | | |
| Square Cash | Tackett Bank Records | 2/4/2019 | 300.00 | | |
| Square Cash | Tackett Bank Records | 2/4/2019 | 500.00 | | |
| Square Cash | Tackett Bank Records | 2/4/2019 | 700.00 | | |
| Square Cash | Tackett Bank Records | 2/7/2019 | 505.00 | | |
| Square Cash | Tackett Bank Records | 2/7/2019 | 305.00 | | |
| Square Cash | Tackett Bank Records | 2/7/2019 | 300.00 | | |
| Square Cash | Tackett Bank Records | 2/8/2019 | 305.00 | | |
| Square Cash | Tackett Bank Records | 2/11/2019 | 200.00 | | |

| | | | |
|---|---|---|---:|
| Square Cash | Tackett Bank Records | 2/11/2019 | 100.00 |
| Square Cash | Tackett Bank Records | 2/11/2019 | 100.00 |
| Square Cash | Tackett Bank Records | 2/20/2019 | 300.00 |
| Square Cash | Tackett Bank Records | 2/20/2019 | 350.00 |
| Square Cash | Tackett Bank Records | 2/21/2019 | 200.00 |
| Square Cash | Tackett Bank Records | 2/25/2019 | 150.00 |
| Square Cash | Tackett Bank Records | 2/25/2019 | 150.00 |
| Square Cash | Tackett Bank Records | 2/26/2019 | 50.00 |
| Square Cash | Tackett Bank Records | 3/1/2019 | 55.00 |
| Square Cash | Tackett Bank Records | 3/1/2019 | 50.00 |
| Square Cash | Tackett Bank Records | 3/4/2019 | 100.00 |
| Square Cash | Tackett Bank Records | 3/4/2019 | 200.00 |
| Square Cash | Tackett Bank Records | 3/4/2019 | 50.00 |
| Square Cash | Tackett Bank Records | 3/7/2019 | 750.00 |
| Square Cash | Tackett Bank Records | 3/8/2019 | 75.00 |
| Square Cash | Tackett Bank Records | 3/8/2019 | 675.00 |
| Square Cash | Tackett Bank Records | 3/11/2019 | 75.00 |
| Square Cash | Tackett Bank Records | 3/11/2019 | 675.00 |
| Square Cash | Tackett Bank Records | 3/11/2019 | 305.00 |
| Square Cash | Tackett Bank Records | 3/13/2019 | 200.00 |
| Square Cash | Tackett Bank Records | 3/18/2019 | 60.00 |
| Square Cash | Tackett Bank Records | 3/18/2019 | 65.00 |
| Square Cash | Tackett Bank Records | 3/25/2019 | 505.00 |
| Square Cash | Tackett Bank Records | 3/25/2019 | 505.00 |
| Square Cash | Tackett Bank Records | 3/26/2019 | 490.00 |
| Square Cash | Tackett Bank Records | 3/26/2019 | 1005.00 |
| Square Cash | Tackett Bank Records | 3/26/2019 | 75.00 |
| Square Cash | Tackett Bank Records | 3/26/2019 | 300.00 |
| Square Cash | Tackett Bank Records | 3/26/2019 | 1010.00 |
| Square Cash | Tackett Bank Records | 3/28/2019 | 75.00 |
| Square Cash | Tackett Bank Records | 3/28/2019 | 100.00 |
| Square Cash | Tackett Bank Records | 3/28/2019 | 100.00 |
| Square Cash | Tackett Bank Records | 3/29/2019 | 40.00 |
| Square Cash | Tackett Bank Records | 3/29/2019 | 20.00 |
| Square Cash | Tackett Bank Records | 3/29/2019 | 40.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 55.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 50.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 100.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 150.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 50.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 200.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 50.00 |
| Square Cash | Tackett Bank Records | 4/2/2019 | 155.00 |
| Square Cash | Tackett Bank Records | 4/3/2019 | 125.00 |
| Square Cash | Tackett Bank Records | 4/3/2019 | 55.00 |
| Square Cash | Tackett Bank Records | 4/3/2019 | 125.00 |
| Square Cash | Tackett Bank Records | 4/4/2019 | 105.00 |
| ApplePay | Tackett Bank Records | 4/8/2019 | 100.00 |
| ApplePay | Tackett Bank Records | 4/15/2019 | 450.00 |
| ApplePay | Tackett Bank Records | 4/18/2019 | 25.00 |
| ApplePay | Tackett Bank Records | 4/18/2019 | 40.00 |
| ApplePay | Tackett Bank Records | 4/18/2019 | 160.00 |

| | | | |
|---|---|---|---:|
| ApplePay | Tackett Bank Records | 4/18/2019 | 210.00 |
| ApplePay | Tackett Bank Records | 4/19/2019 | 60.00 |
| ApplePay | Tackett Bank Records | 4/22/2019 | 25.00 |
| ApplePay | Tackett Bank Records | 4/22/2019 | 50.00 |
| ApplePay | Tackett Bank Records | 4/22/2019 | 175.00 |
| ApplePay | Tackett Bank Records | 4/24/2019 | 35.00 |
| ApplePay | Tackett Bank Records | 4/24/2019 | 200.00 |
| ApplePay | Tackett Bank Records | 4/25/2019 | 65.00 |
| ApplePay | Tackett Bank Records | 4/29/2019 | 65.00 |
| ApplePay | Tackett Bank Records | 5/10/2019 | 760.00 |
| ApplePay | Tackett Bank Records | 5/13/2019 | 350.00 |
| ApplePay | Tackett Bank Records | 5/13/2019 | 760.00 |
| ApplePay | Tackett Bank Records | 5/15/2019 | 20.00 |
| ApplePay | Tackett Bank Records | 5/15/2019 | 50.00 |
| ApplePay | Tackett Bank Records | 5/15/2019 | 200.00 |
| ApplePay | Tackett Bank Records | 5/15/2019 | 350.00 |
| ApplePay | Tackett Bank Records | 5/16/2019 | 50.00 |
| ApplePay | Tackett Bank Records | 5/16/2019 | 125.00 |
| ApplePay | Tackett Bank Records | 5/17/2019 | 65.00 |
| ApplePay | Tackett Bank Records | 5/20/2019 | 20.00 |
| ApplePay | Tackett Bank Records | 5/20/2019 | 45.00 |
| ApplePay | Tackett Bank Records | 5/20/2019 | 65.00 |
| ApplePay | Tackett Bank Records | 5/28/2019 | 50.00 |
| ApplePay | Tackett Bank Records | 5/28/2019 | 50.00 |
| ApplePay | Tackett Bank Records | 5/28/2019 | 150.00 |
| ApplePay | Tackett Bank Records | 5/28/2019 | 205.00 |
| ApplePay | Tackett Bank Records | 5/29/2019 | 50.00 |
| ApplePay | Tackett Bank Records | 5/29/2019 | 50.00 |
| ApplePay | Tackett Bank Records | 5/29/2019 | 55.00 |
| ApplePay | Tackett Bank Records | 5/29/2019 | 200.00 |
| ApplePay | Tackett Bank Records | 5/30/2019 | 65.00 |
| ApplePay | Tackett Bank Records | 6/3/2019 | 40.00 |
| ApplePay | Tackett Bank Records | 6/3/2019 | 60.00 |
| ApplePay | Tackett Bank Records | 6/6/2019 | 50.00 |
| | | | **22565.00** |

2019 Total